

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00889-CV

**ENDURA ADVISORY GROUP, LTD.**,
Appellant

v.

Dominic **ALTOMARE**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-11780
Honorable Martha B. Tanner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee, Dominic Altomare, recover his costs of this appeal from appellant, Endura Advisory Group, Ltd.

SIGNED April 8, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice